**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| DAIRO HERNANDEZ FRANCO,<br><br>    Petitioner,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>    Respondents. | Case No. 2:26-cv-03678-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: April 28, 2026

_____

SHERI PYM
United States Magistrate Judge